**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JAMAL HATCHER, | : No. 157 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 21st day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED** as improper attempts at hybrid representation.  <u>See</u> <u>Commonwealth v. Ali</u>, 10 A.3d 282 (Pa. 2010). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.